377 A.2d 179

Commonwealth v. McCullock, Appellant.

Submitted November 8, 1976. Oliver E. Mattas, Jr., Assistant Public Defender, and John Woodcock, Jr., Public De-

560

fender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.